UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ILLINOIS

CALVIN C. JAMES,

    Plaintiff,

v.                                    No. 17-cv-112-DRH

AFNI, INC.,

    Defendant.

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.** This matter is before the court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal with Prejudice filed on May 24, 2017, (Doc. 10), this case is **DISMISSED** with prejudice, each party to bear their own costs.

                                    JUSTINE FLANAGAN,
                                    ACTING CLERK OF COURT

                                    BY: /s/Alexandra Francis
                                       Deputy Clerk

Dated: May 25, 2017

Judge Herndon
2017.05.25
09:04:04 -05'00'

APPROVED:
    U.S. DISTRICT JUDGE
    U. S. DISTRICT COURT